1  SCOTT M. PEARSON (State Bar No. 173880)
   E-mail: spearson@manatt.com
2  BRAD W. SEILING (State Bar No. 143515)
   E-mail: bseiling@manatt.com
3  MISA K. EIRITZ (State Bar No. 307513)
   E-mail: meiritz@manatt.com
4  MANATT, PHELPS & PHILLIPS, LLP
   2049 Century Park East, Suite 1700
5  Los Angeles, California 90067
   Telephone:  310.312.4000
6  Facsimile:   310.312.4224

7  *Attorneys for Plaintiff*
   SMALL BUSINESS FINANCE
8  ASSOCIATION

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12

13  SMALL BUSINESS FINANCE            No. 2:22-cv-08775
    ASSOCIATION,
14                                    **PLAINTIFF SMALL BUSINESS
                   Plaintiff,         FINANCE ASSOCIATION'S
15                                    RULE 7.1 CORPORATE
         v.                           DISCLOSURE STATEMENT**
16  CLOTHILDE HEWLETT, solely in her
    official capacity as Commissioner of the
17  California Department of Financial
    Protection and Innovation,
18
                   Defendant.
19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

401817644.1

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Small

2  Business Finance Association makes the following disclosures through its

3  undersigned counsel:

4    Small Business Finance Association is a non-profit advocacy organization.

5  A non-profit organization does not have shareholders or owners.  Hence, Small

6  Business Finance Association has no parent company, and no publicly held

7  corporation owns 10% or more of the Small Business Finance Association.

8

9  Dated:      December 2, 2022          MANATT, PHELPS & PHILLIPS, LLP

10

11                              By: */s/ Scott M. Pearson*
                                    Scott M. Pearson
12                                  Brad W. Seiling
                                    Misa K. Eiritz
13
                                    *Attorneys for Plaintiff*
14                                  SMALL BUSINESS FINANCE
                                    ASSOCIATION
15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

401817644.1

- 2 -                    PLAINTIFF'S RULE 7.1 CORPORATE
                         DISCLOSURE STATEMENT