ROB BONTA
Attorney General of California
CRAIG D. RUST (SBN: 273774)
Supervising Deputy Attorney General
RACHEL J. YOO (SBN: 293598)
Deputy Attorney General
 1300 I Street
 Sacramento, CA 95814
 Telephone: (916) 210-7359
 E-mail: Craig.Rust@doj.ca.gov
        Rachel.Yoo@doj.ca.gov
*Attorneys for Defendant
Clothilde Hewlett, solely in her official capacity as
Commissioner of the California Department of
Financial Protection and Innovation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **SMALL BUSINESS FINANCE ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**CLOTHILDE HEWLETT, solely in her official capacity as Commissioner of the California Department of Financial Protection and Innovation**<br><br>Defendant. | Case No.: 22-cv-08775-RGK-PLA<br><br>**UNOPPOSED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT CLOTHILDE HEWLETT**<br><br>Date:         March 27, 2023<br>Time:         9:00 a.m.<br>Courtroom:    850<br>Judge:        Hon. R. Gary Klausner<br>Trial Date:   Not set<br>Action Filed: December 2, 2022 |

Defendant Clothilde Hewlett, solely in her official capacity as Commissioner of the California Department of Financial Protection and Innovation, requests that this Court take judicial notice of the facts contained in the following documents:

1

| Exhibit | Description |
|---|---|
| A | California SB-125 Assembly Floor Analysis dated June 27, 2018 |
| B | California SB-125 Assembly Floor Analysis dated August 28, 2018 |
| C | Consumer Financial Protection Bureau's ("CFPB") Notice of Intent to Make Preemption Determination under the Truth in Lending Act |
| D | DFPI's Final Statement of Reasons for adopting regulations under SB 1235 (the California Commercial Financing Disclosures Law) |

On a motion to dismiss, the court may "consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Federal Rule of Evidence 201 authorizes federal courts to take judicial notice of documents that are "not subject to reasonable dispute because [they] . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Each of these exhibits is a matter of public record and the accuracy of the information can be readily determined and cannot be subject to dispute. Exhibits A and B are analyses of SB 1235 prepared by the California State Assembly prior to the enactment of the statute. *See Palmer v. Stassinos*, 348 F.Supp.2d 1070, 1077 (N.D. Cal. 2004) (finding that legislative history of statute is judicially noticeable.) Exhibit C is CFPB's Notice of Intent to Make Preemption Determination under the Truth in Lending Act, which is available on the CFPB's website,[1] and published in the Federal Register. 87 FR 76551-01 (Dec. 15, 2022); *see also* 44 U.S.C. § 1507 (courts required to take judicial notice of the contents of the Federal Register).

---

[1] https://www.consumerfinance.gov/rules-policy/notice-opportunities-comment/open-notices/notice-of-intent-to-make-preemption-determination-under-truth-in-lending-act/

Exhibit D is the Department's Final Statement of Reasons in promulgating the new commercial financing regulations, which is also available on DFPI's website.[2] *See Daniels–Hall v. National Education Association*, 629 F.3d 992, 998–99 (9th Cir. 2010) (taking judicial notice of information on the websites of two school districts because they were government entities and neither party disputed its authenticity). The Final Statement of Reasons is cited in Paragraph 56 of the Complaint. *See Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (noting documents referenced in a complaint can be incorporated by reference). Thus, Defendant asks this Court to take judicial notice of the facts contained in the above materials. Counsel for plaintiff has indicated that plaintiff does not oppose this request.

Dated: February 21, 2023

ROB BONTA
Attorney General of California

/s/ Craig D. Rust
Craig D. Rust
Supervising Deputy Attorney General
Rachel J. Yoo
Deputy Attorney General

*Attorneys for Defendant Clothilde Hewlett, solely in her official capacity as Commissioner of the California Department of Financial Protection and Innovation*

---

[2] Available at https://dfpi.ca.gov/wp-content/uploads/sites/337/2022/06/PRO-01-18-Commercial-Financing-Disclosure-Regulation-FSOR.pdf?emrc=0f3440.