UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22−cv−08775−RGK−SK | Date | 4/3/2023 |
| Title | SMALL BUSINESS FINANCE ASSOCIATION V. CLOTHILDE HEWLETT | | |

Present : The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Marea Woolrich | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Scott Pearson

Ji Yoo
Douglas Beteta

**Proceedings:**    **SCHEDULING CONFERENCE**

   Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Bench Trial (Est. 5–14 days): | December 12, 2023 at 09:00 AM |
| Pretrial Conference: | November 27, 2023 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | September 27, 2023 |
| Discovery Cut-Off Date (fact discovery): | September 13, 2023 |

   Last day to amend the complaint or add parties is 5/10/2023. The parties shall participate in ADR SP1.

   **IT IS SO ORDERED.**

:02
Initials of Preparer: jre