# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-08775-RGK-SK | Date | August 28, 2023 |
| Title | *Small Business Finance Association v. Clothilde Hewlett* | | |

| | | |
|---|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Defendant's Motion to Continue Trial [DE 43]

On December 12, 2022, the Small Business Finance Association ("SBFA" or "Plaintiff") filed a Complaint against Clothilde Hewlett in her official capacity as Commissioner of the California Department of Financial Protection and Innovation ("Defendant"). (ECF No. 1.) Plaintiff, a nonprofit advocacy organization with numerous members, alleges that recently enacted California regulations violate its members' First Amendment rights. At a scheduling conference held on April 3, 2023, the parties agreed to the following: (1) a discovery cut-off date of September 13, 2023, (2) a motion cut-off date of September 27, 2023, (3) a pretrial conference on November 27, 2023, and (4) a bench trial to begin on December 12, 2023. (ECF No. 28.) Presently before the Court is Defendant's Motion to continue the trial and all related dates. (ECF No. 43.)

Under Federal Rule of Civil Procedure 16, a court may modify a scheduling order for good cause. Fed. R. Civ. P. 16(b)(4). Here, Defendant requests a six-month continuance of the trial and all related dates to conduct further discovery. Specifically, Defendant wishes to obtain individualized discovery from several SBFA member organizations to demonstrate that Plaintiff lacks associational standing. The parties' disagreement regarding whether individual SBFA member discovery is necessary in this matter dates back to "the very beginning" of the discovery period. (Mot. to Cont. Trial at 4). Despite ongoing negotiations, the parties have yet to reach a resolution.

To be fair, the parties appear to have engaged in extensive efforts to resolve their discovery disagreements. But when those efforts failed, Defendant could have sought relief from the magistrate judge. She did not, and instead filed the instant Motion. Because Defendant has not yet engaged in intermediary efforts to resolve the issues she hopes to address with the lengthy continuance requested here, good cause to modify the scheduling order is lacking. Accordingly, the Court **DENIES** the Motion.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-08775-RGK-SK | Date | August 28, 2023 |
|---|---|---|---|
| Title | *Small Business Finance Association v. Clothilde Hewlett* | | |

                                                  Initials of Preparer                            JRE/ark