UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 22-08775-RGK (SKx) | Date: October 11, 2023 |
| Title   Small Business Finance Association v. Clothilde Hewlett | |

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | CS 10/11/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Benjamin Brodsky | Douglas Beteta |
| Paul Levin | Ji Yeon Rachel Yoo |

**Proceedings:**   SETTLEMENT CONFERENCE

　　Held via Zoom videoconference. Case called. Counsel state their appearances for the record. The parties are reminded that recording, streaming, broadcasting, or screen capturing of any kind is prohibited, and that sanctions may be imposed for those found in violation.

　　The Court and parties conduct settlement discussions off the record. The parties are advised that all discussions were, and are, deemed to be confidential settlement discussions.

|  | 08:45 |
|---|---|
| **Initials** of Preparer | CC |