BENJAMIN H. BRODSKY *(Admitted Pro Hac Vice)*
Email: bbrodsky@bfwlegal.com
PHILIP T. MERENDA *(Admitted Pro Hac Vice)*
Email: phil@bfwlegal.com
BRODSKY FOTIU-WOJTOWICZ, PLLC
200 SE 1ST St., Suite 400
Miami, FL 33131
Telephone:   305.503.5054
Facsimile:    786.749.7644

PAUL A. LEVIN (CA State Bar No. 229077)
Email: paul@markmigdal.com
LAUREN M. GIBBS (CA State Bar No. 251569)
Email: lauren@markmigdal.com
MARK MIGDAL &HAYDEN
11150 Santa Monica Blvd., Suite 1670
Los Angeles, CA 90025
Telephone: 305.374.0440

*Attorneys for Plaintiff* SMALL BUSINESS FINANCE ASSOCIATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SMALL BUSINESS FINANCE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CLOTHILDE HEWLETT, solely in her official capacity as Commissioner of the California Department of Financial Protection and Innovation,<br><br>Defendant. | Case No. 22-cv-08775-RGK-SK<br><br>**PLAINTIFF'S NOTICE OF ERRATA RE: OPPOSITION TO SUMMARY JUDGMENT MOTION [ECF 72]**<br><br>Hearing: October 30, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br>Complaint Filed: December 2, 2022<br>Trial Date: December 12, 2023 |

PLAINTIFF'S NOTICE OF ERRATA

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

**PLEASE TAKE NOTICE** that Plaintiff Small Business Finance Association ("SBFA" or "Plaintiff") hereby provides notice of errata and correction as follows.

On October 6, 2023, Plaintiff filed its Opposition to Defendant's Motion for Summary Judgment, or in the Alternative Partial Summary Judgment Against Plaintiff. (ECF No. 72.) In support of its opposition, Plaintiff submitted the transcripts of the depositions of Justin Bakes (ECF No. 72-3), Will Tumulty (ECF No. 72-4), Jeremy Brown (ECF No. 72-5), Jesse Carlson (ECF No. 72-6 and 72-8), Jesse Mattson (ECF No 72-7), Charles Carriere (ECF No. 72-9), and Arun Narayan (ECF No. 72-10), but inadvertently failed to attach the Reporter's Certificates for each of these transcripts. Plaintiff submits Reporter's Certificates for all transcripts as Composite **Exhibit A** hereto.

Dated: October 18, 2023

Respectfully submitted,

MARK MIGDAL & HAYDEN

/s/ *Paul A. Levin*
Paul A. Levin

*Attorneys for Plaintiff Small Business Finance Association*