JS6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **SMALL BUSINESS FINANCE ASSOCIATION,**<br><br>Plaintiff,<br><br>v.<br><br>**CLOTHILDE HEWLETT, solely in her official capacity as commissioner of the California Department of Financial Protection and Innovation,**<br><br>Defendant. | Case No.: 2:22-cv-08775-RGK-SK<br><br>[~~PROPOSED~~] **JUDGMENT** |

After fully considering the papers and evidence submitted in support of and in opposition to the Motion for Summary Judgment filed by Defendant Clothilde Hewlett, solely in her official capacity as commissioner of the California Department of Financial Protection and Innovation (the Department), the issues having been fully heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits and that Defendant Department recover its costs.

Date: 12/6/2023

*/s/ Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1