Rob Bonta, Attorney General of California
Douglas J. Beteta (SBN: 260377)
Rachel J. Yoo (SBN: 293598), Deputy Attorneys General
  300 South Spring Street, Suite 1702, Los Angeles, CA  90013
  Telephone: (213) 269-6622, Fax: (916) 731-2128
  E-mail:  Douglas.Beteta@doj.ca.gov
           Rachel.Yoo@doj.ca.gov
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Small Business Finance Association | CASE NUMBER |
| | 22-cv-08775-RGK-SK |
| v.                    PLAINTIFF(S), | |
| Clothilde Hewlett | **APPLICATION TO THE CLERK TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways:  (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov.  See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Clothilde Hewlett |
| Judgment entered on: | December 6, 2023 — Docket #: 98 |
| Names of party(ies) against whom judgment was entered: | Small Business Finance Association |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: December 20, 2023

Signature: /s/ Douglas J. Beteta

Name: Douglas J. Beteta

☒ Attorney of Record for: Clothilde Hewlett

---

### COURT USE ONLY

☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.*

☐ Application DENIED because:   ☐ Not timely filed (L.R. 54-2.1).
                                ☐ Insufficient supporting documentation provided (L.R. 54-2.1).
                                ☐ Filer is not prevailing party (L.R. 54-1).

Date: *Enter date here.*

**Kiry K. Gray, District Court Executive/Clerk of Court**

By: _____
      Deputy Clerk

**Case Title:** _Small Business Finance Association v. Clothilde Hewlett_; **Case No:** 22-cv-08775-RGK-SK

# BILL OF COSTS

### _The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules._

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (_Must be itemized below and cross-referenced to attachments._) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | _(Shaded columns for Court use only.)_ | | |
| 1 | | | _L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)_ | | | | |
| | | $98.00 | Tab 1-$49.00-USDC Maryland (Filing fee Motion to Compel) $49.00-Norfolk District Court (Filing fee Motion to Compel) | | | | |
| 2 | | | _L.R. 54-3.2 Fees for Service of Process_ | | | | |
| | | $5,675.39 | Tab 2-with itemized details, invoices for service of process of Subpoenas. Excluding clerk fees already entered under Tab 1. | | | | |
| 3 | | | _L.R. 54-3.3 United States Marshal's Fees_ | | | | |
| | | | | | | | |
| 4 | | | _L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)_ | | | | |
| | | | | | | | |
| 5 | | | _L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)_ | | | | |
| | | $20,432.74 | Tab 5- with itemized details, Invoices for reporting services for witness depositions. Excluding expedited transcript fees. | | | | |
| 6 | | | _L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)_ | | | | |
| | | | | | | | |
| 7 | | | _L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)_ | | | | |
| | | | | | | | |
| 8 | | | _L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)_ | | | | |
| | | | | | | | |
| 9 | | | _L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)_ | | | | |
| | | | | | | | |
| 10 | | | _L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)_ | | | | |
| | (a) | | _L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"_ | | | | |
| | (b) | | _L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"_ | | | | |
| | (c) | | _L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"_ | | | | |
| | (d) | | _L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"_ | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ *IF ANY AMOUNT DISALLOWED* ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | **(e)** | | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | |
| | | | | | | | |
| | **(f)** | | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | |
| | | $724.50 | Tab 10(f) with itemized details of certified copies of documents for use in non-jury trial. | | | | |
| | **(g)** | | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| | | | | | | | |
| **11** | | **L.R. 54-3.11 Premiums on Undertakings and Bonds** | | | | | |
| | | | | | | | |
| **12** | | **L.R. 54-3.12 Other Costs** (*Court order must be attached; only visual aids, models, and photographs taxable under this rule*) | | | | | |
| | | | | | | | |
| **13** | | **L.R. 54-3.13 State Court Costs** (*taxable only if taxable in state court; include citation to applicable state statute or rule*) | | | | | |
| | | | | | | | |
| **14** | | **L.R. 54-4 Items Taxable as Costs on Appeal** (*only items taxable under Fed. R. App. P. 39(e)*) | | | | | |
| | | | | | | | |
| **15** | | **L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court** | | | | | |
| | | | | | | | |
| **TOTAL** | | $26,930.63 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.

"B" – Order/Stip required but not provided.

"C" – Documents provided do not support full amount claimed.

"D" – Item does not fall within the scope of the Local Rule.

"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.

"F" – Amount claimed reduced by agreement after meet and confer.

"G" – Other.

Case Title: _Small Business Finance Association v. Clothilde Hewlett_; Case No: 22-cv-08775-RGK-SK

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| | **WITNESS FEES** (computation, _see_ **28 U.S.C. § 1821 for statutory fees**) | | | | | | |
|---|---|---|---|---|---|---|---|
| | **ATTENDANCE** | | **SUBSISTENCE** | | **MILEAGE** | | |
| **NAME, CITY AND STATE** | **Days** | **Total Cost** | **Days** | **Total Cost** | **Miles** | **Total Cost** | **Total Cost Each Witness** |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

**TAB 1**

| Date | Invoice | Amount | | Description of Service |
|---|---|---|---|---|
| 8/16/2023 | 2220104 | $ | 49.00 | Filing fee Motion to Compel-USDC Maryland |
| 8/16/2023 | 2220095 | $ | 49.00 | Filing fee Motion to Compel-Norfolk Superior Court |
| | TOTAL: | $ | 98.00 | |

**TAB 1-005**

Ace Attorney Service, Inc.

```
==============================================================================
|Cntl# 2220104 Cust#10869Ref#03301130SA20228 BOL#VIA FEDEX  DATE 8/16/23 15:05 |
==============================================================================
|DOJ-SAN DIEGO   Caller:  MIRIAM AGUILAR  Ph:619 738-9000                      |
==============================================================================
|  DOJ-SAN DIEGO                       |  USDC MARYLAND                        |
|  600 WEST BROADWAY        1800       |  6500 CHERRYWOOD LANE                 |
|  SAN DIEGO                           |  GREENBELT                            |
-------------------------------------------------------------------------------
22-cv-08775-RGK-SK                    MISC=FEDEX=$75.31                        |
BUSINESS v CLOTHILDE                                                          |
MTN TO COMPEL; DECL                                                          
MEMO CASE SHT        8/16/23                                                  
-------------------------------------------------------------------------------
FILRUSH                                                                 RR   |
-------------------------------------------------------------------------------
                        DRIVER: 1017    8888
  Charges:
     286.50   Base



      49.00   Advance
       4.90   Chk.Charge
      75.31   Misc.

     415.71   Total
```

**TAB 1-006**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2220095 Cust#10869Ref#03301130SA20228 BOL#VIA FED E  DATE 8/16/23 14:51 |
===============================================================================
|DOJ-SAN DIEGO   Caller:  MIRIAM AGUILAR  Ph:619 738-9000                      |
===============================================================================
|  DOJ-SAN DIEGO                    |  NORFOLK COURT US DISTR                  |
|  600 WEST BROADWAY       1800     |  600 GRANDBY STREET                      |
|  SAN DIEGO                        |  NORFOLK                                 |
-------------------------------------------------------------------------------
22-cv-08775-RGK-SK                  MISC=FEDEX=$75.31                          |
BUSINESS v CLOTHILDE                2NDCOURTFEDEX=$80.25                        |
MTN TO COMPEL; DECL
MEMO CASE SHT        8/16/23
-------------------------------------------------------------------------------
FILRUSH                                                                 GV  |
-------------------------------------------------------------------------------
                         DRIVER: 1017    8888
  Charges:
     286.50   Base



     286.50   XA
      49.00   Advance
       4.90   Chk.Charge
     155.56   Misc.

     782.46   Total
```

**TAB 1-007**

**TAB 2**

| Date | Invoice | Amount | Description of Service |
|------|---------|--------|------------------------|
| 7/13/2023 | 2207109 | $ 157.00 | Personal Service-Fintegra LLC |
| 7/13/2023 | 2207112 | $ 161.00 | Personal Service-For a Financial West/AR |
| 7/13/2023 | 2207119 | $ 97.00 | Personal Service-Expansion Capital |
| 7/13/2023 | 2207124 | $ 288.50 | Personal Service-Credibly |
| 7/13/2023 | 2207128 | $ 288.50 | Personal Service-Elevate Funding |
| 7/13/2023 | 2207137 | $ 288.50 | Personal Service-Coastal Funding Corp. |
| 7/13/2023 | 2207139 | $ 288.50 | Personal Service-Coastal Funding Corp. |
| 7/13/2023 | 2207144 | $ 97.00 | Personal Service-Fundkite Inc. |
| 7/13/2023 | 2207148 | $ 157.00 | Personal Service-Forward Financing |
| 7/13/2023 | 2207151 | $ 288.50 | Personal Service-Rapid Finance |
| 7/13/2023 | 2207153 | $ 155.00 | Personal Service-Reward Network |
| 7/13/2023 | 2207155 | $ 288.50 | Personal Service-Vox Funding LLC |
| 7/13/2023 | 2207156 | $ 288.50 | Personal Service-GRP Funding |
| 7/13/2023 | 2207159 | $ 97.00 | Personal Service-Kapitus |
| 7/14/2023 | 2207161 | $ 97.00 | Personal Service Coast Greenbox Loans |
| 7/14/2023 | 2207704 | $ 173.50 | Personal Service Coast Funding |
| 7/14/2023 | 2207709 | $ 286.50 | Personal Service Greenbox Capital |
| 7/14/2023 | 2207789 | $ 288.50 | Personal Service Vox Funding LLC |
| 7/14/2023 | 2208360 | $ 289.00 | Service and Protective Order-Kleimann Communication |
| 8/14/2023 | 2218790 | $ 169.00 | Service of Process-CT Corp |
| 8/16/2023 | 222095 | $ 733.46 | File and Serve Motion to Compel; Out of State filing and service |
| 8/16/2023 | 2219972 | $ 123.50 | File and Serve Motion to Compel; Out of State filing and service |
| 9/5/2023 | 2227213 | $ 286.50 | File and Serve Motion to Compel; Out of State filing and service |
| 9/18/2023 | 2232301 | $ 287.93 | Voluntary Dismissal |
|  |  | $ 5,675.39 |  |

**TAB 2-008**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207109 Cust#10551Ref#SA2022803044                    DATE 7/13/23 12:30 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                      |
===============================================================================
|  DOJ-ATTORNEY GENERAL                   | CSC / FINTEGRA LLC                  |
|  300 SOUTH SPRING STREET   1700 1ST F| 2710 GATEWAY OAKS #150                  |
|  LOS ANGELES                            | SACRAMENTO LOCAL                    |
-------------------------------------------------------------------------------
22-CV-08775                                                                    |
SMALL BUS. V HEWLETT                                                           |
FED RECORDS 07/28
                 7/13/23
-------------------------------------------------------------------------------
PDF PSD                              *MULTI...   POS-24                    EMM |
-------------------------------------------------------------------------------
                         DRIVER: 2138
  Charges:
      155.00   Base


        2.00  PDF Pages




      157.00  Total
```

TAB 2-009

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207112 Cust#10551Ref#SA2022803044                    DATE 7/13/23 12:33 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                     |
===============================================================================
|  DOJ-ATTORNEY GENERAL               | FORA FINANCIAL WEST/AR                |
|  300 SOUTH SPRING STREET   1700 1ST F| 865 S. FIGUEROA ST. #3               |
|  LOS ANGELES                        | LOS ANGELES                           |
-------------------------------------------------------------------------------
22-CV-08775                        MISC=POSTAGE=$4.00                          |
SMALL BUS. V HEWLETT                                                           |
FED RECORDS 07/28
              7/13/23
-------------------------------------------------------------------------------
PDF PSD                            *MULTI...   POS-24                   EMM |
-------------------------------------------------------------------------------
                        DRIVER: 2098    1815
 Charges:
     155.00   Base


      2.00  PDF Pages



      4.00  Misc.

    161.00  Total
```

**TAB 2-010**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207119 Cust#10551Ref#SA2022803044                    DATE 7/13/23 12:37 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO    Ph:213 269-6000                     |
===============================================================================
|  DOJ-ATTORNEY GENERAL              |  CSC/EXPANSION CAPITAL                   |
|  300 SOUTH SPRING STREET   1700 1ST F|  2710 GATEWAY OAKS #150                |
|  LOS ANGELES                       |  SACRAMENTO LOCAL                        |
-------------------------------------------------------------------------------
22-CV-08775                                                                    |
SMALL BUS. V HEWLETT                                                           |
FED RECORDS 07/28                                                              |
             7/13/23
-------------------------------------------------------------------------------
PDF PSD                              *MULTI...   POS-24                    EMM  |
-------------------------------------------------------------------------------
                         DRIVER: 2138
  Charges:
       95.00    Base


        2.00   PDF Pages




      97.00   Total
```

**TAB 2-011**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207124 Cust#10551Ref#SA2022803044                    DATE 7/13/23 12:38 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                      |
===============================================================================
|  DOJ-ATTORNEY GENERAL                | CREDIBLY C/O JOSHUA CR                 |
|  300 SOUTH SPRING STREET   1700 1ST F| 25200 TELEGRAPH RD. #3                 |
|  LOS ANGELES                         | SOUTHFIELD                            |
-------------------------------------------------------------------------------
22-CV-08775                                                                    |
SMALL BUS. V HEWLETT                                                           |
FED RECORDS 07/28
               7/13/23
-------------------------------------------------------------------------------
PDF PSD                          *MULTI...   POS-24                     EMM |
-------------------------------------------------------------------------------
                     DRIVER:  339    8888
  Charges:
      286.50   Base


       2.00  PDF Pages




     288.50  Total
```

**TAB 2-012**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207128 Cust#10551Ref#SA2022803044                    DATE 7/13/23 12:53 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                      |
===============================================================================
| DOJ-ATTORNEY GENERAL                 | ELEVATE FUNDING LLC C/                 |
| 300 SOUTH SPRING STREET   1700 1ST F| 5200 NW 43TD ST. #102-                  |
| LOS ANGELES                          | GAINESVILLE                            |
-------------------------------------------------------------------------------
22-CV-08775                                                                     |
SMALL BUS. V HEWLETT                                                            |
FED RECORDS 07/28                                                               |
              7/13/23                                                           |
-------------------------------------------------------------------------------
PDF PSD                             *MULTI...   POS-24                     EMM |
-------------------------------------------------------------------------------
                       DRIVER:  175    8888
  Charges:
      286.50   Base


         2.00  PDF Pages




     288.50  Total
```

**TAB 2-013**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207137 Cust#10551Ref#SA2022803044                  DATE 7/13/23 12:57 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                     |
===============================================================================
|  DOJ-ATTORNEY GENERAL             | COASTAL FUNDING CORP./                   |
|  300 SOUTH SPRING STREET   1700 1ST F| 534 W. NAVY BLVD.                     |
|  LOS ANGELES                      | PENSACOLA                                |
-------------------------------------------------------------------------------
22-CV-08775                                                                    |
SMALL BUS. V HEWLETT                                                           |
FED RECORDS 07/28                                                              
                    7/13/23
-------------------------------------------------------------------------------
PDF PSD                            *MULTI...   POS-24                      EMM |
-------------------------------------------------------------------------------
                        DRIVER:  339    8888
  Charges:
      286.50   Base


         2.00  PDF Pages




      288.50  Total
```

**TAB 2-014**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207139 Cust#10551Ref#SA2022803044                    DATE 7/13/23 13:13 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                      |
===============================================================================
|   DOJ-ATTORNEY GENERAL              | FUND STREET TECHNOLOGI                  |
|   300 SOUTH SPRING STREET   1700 1ST F| 1201 HAYS ST.                         |
|   LOS ANGELES                      | TALLAHASSEE                             |
-------------------------------------------------------------------------------
22-CV-08775                                                                    |
SMALL BUS. V HEWLETT                                                           |
FED RECORDS 07/28                                                              
              7/13/23
-------------------------------------------------------------------------------
PDF PSD                             *MULTI...   POS-24                    EMM  |
-------------------------------------------------------------------------------
                        DRIVER:  339    8888
  Charges:
     286.50   Base


       2.00   PDF Pages




     288.50   Total
```

**TAB 2-015**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207144 Cust#10551Ref#SA2022803044                     DATE 7/13/23 13:18 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO    Ph:213 269-6000                  |
===============================================================================
|  DOJ-ATTORNEY GENERAL              | FUNDKITE INC./CSC                     |
|  300 SOUTH SPRING STREET  1700 1ST F| 1201 HAYS ST.                        |
|  LOS ANGELES                       | TALLAHASSEE                           |
-------------------------------------------------------------------------------
22-CV-08775                                                                 |
SMALL BUS. V HEWLETT                                                         |
FED RECORDS 07/28                                                            
            7/13/23
-------------------------------------------------------------------------------
PDF PSD                            *MULTI...   POS-24                    EMM |
-------------------------------------------------------------------------------
                    DRIVER:  339    8888
 Charges:
      95.00   Base


       2.00  PDF Pages




     97.00  Total
```

**TAB 2-016**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207148 Cust#10551Ref#SA2022803044                    DATE 7/13/23 13:23 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                      |
===============================================================================
|  DOJ-ATTORNEY GENERAL                   | FORWARD FINANCING LLC/              |
|  300 SOUTH SPRING STREET   1700 1ST F| 5901 W. CENTURY BLVD.                  |
|  LOS ANGELES                          | WESTCHESTER                           |
-------------------------------------------------------------------------------
22-CV-08775                                                                     |
SMALL BUS. V HEWLETT                                                            |
FED RECORDS 07/28                                                               
                      7/13/23
-------------------------------------------------------------------------------
PDF PSD                              *MULTI...   POS-24                    EMM |
-------------------------------------------------------------------------------
                          DRIVER: 1257
 Charges:
      155.00    Base


        2.00   PDF Pages




      157.00   Total
```

**TAB 2-017**

Ace Attorney Service, Inc.

```
================================================================================
|Cntl# 2207151 Cust#10551Ref#SA2022803044                    DATE 7/13/23 13:27 |
================================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                      |
================================================================================
|  DOJ-ATTORNEY GENERAL                  | RAFID FINANCE C/O CSC                |
|  300 SOUTH SPRING STREET   1700 1ST F| 7 ST. PAUL ST. #820                    |
|  LOS ANGELES                           | BALTIMORE                            |
--------------------------------------------------------------------------------
22-CV-08775                                                                     |
SMALL BUS. V HEWLETT                                                            |
FED RECORDS 07/28                                                               |
                  7/13/23                                                       |
--------------------------------------------------------------------------------
PDF PSD                            *MULTI...   POS-24                     EMM  |
--------------------------------------------------------------------------------
                      DRIVER:  339    8888
 Charges:
     286.50   Base


        2.00  PDF Pages




     288.50  Total
```

**TAB 2-018**

Ace Attorney Service, Inc.

```
==============================================================================
|Cntl# 2207153 Cust#10551Ref#SA2022803044                    DATE 7/13/23 13:28 |
==============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                     |
==============================================================================
|   DOJ-ATTORNEY GENERAL             | CT CORP/REWARD NETWORK                  |
|   300 SOUTH SPRING STREET   1700 1ST F| 330 N. BRAND BLVD      700           |
|   LOS ANGELES                      | GLENDALE                                |
------------------------------------------------------------------------------
22-CV-08775                                                                   |
SMALL BUS. V HEWLETT                                                          |
FED RECORDS 07/28                                                             |
                    7/13/23                                                   
------------------------------------------------------------------------------
PDF PSD                            *MULTI...                           EMM |
------------------------------------------------------------------------------
                        DRIVER: 1504
 Charges:
     155.00   Base




     155.00  Total
```

**TAB 2-019**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207155 Cust#10551Ref#SA2022803044                    DATE 7/13/23 13:31 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                     |
===============================================================================
|  DOJ-ATTORNEY GENERAL             |  VOX FUNDING LLC                         |
|  300 SOUTH SPRING STREET   1700 1ST F|  1395 BRICKELL AVE. #83               |
|  LOS ANGELES                      |  MIAMI                                   |
-------------------------------------------------------------------------------
22-CV-08775                                                                    |
SMALL BUS. V HEWLETT                                                           |
FED RECORDS 07/28                                                              
              7/13/23                                                          
-------------------------------------------------------------------------------
PDF PSD                           *MULTI...   POS-24                    EMM |
-------------------------------------------------------------------------------
                          DRIVER:  175    8888
  Charges:
      286.50   Base


         2.00  PDF Pages




      288.50  Total
```

**TAB 2-020**

Ace Attorney Service, Inc.

```
==============================================================================
|Cntl# 2207156 Cust#10551Ref#SA2022803044    BOL#ACE NOT D  DATE 7/13/23 13:46 |
==============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                    |
==============================================================================
|  DOJ-ATTORNEY GENERAL               | GRP FUNDING C/O CT COR               |
|  300 SOUTH SPRING STREET   1700 1ST F| 155 FEDERAL ST. #700                |
|  LOS ANGELES                        | BOSTON                              |
------------------------------------------------------------------------------
22-CV-08775                                                                  |
SMALL BUS. V HEWLETT                                                         |
FED RECORDS 07/28
              7/13/23
------------------------------------------------------------------------------
PDF PSD                            *MULTI...   POS-24                    EMM |
------------------------------------------------------------------------------
                        DRIVER: 1017    8888
 Charges:
     286.50   Base


       2.00  PDF Pages




     288.50  Total
```

TAB 2-021

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207159 Cust#10551Ref#SA2022803044                  DATE 7/13/23 13:47 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO    Ph:213 269-6000                    |
===============================================================================
|  DOJ-ATTORNEY GENERAL                  |  CSC/KAPITUS                        |
|  300 SOUTH SPRING STREET   1700 1ST F|  2710 GATEWAY OAKS #150               |
|  LOS ANGELES                           |  SACRAMENTO LOCAL                   |
-------------------------------------------------------------------------------
22-CV-08775                                                                    |
SMALL BUS. V HEWLETT                                                           |
FED RECORDS 07/28                                                              |
                    7/13/23                                                    |
-------------------------------------------------------------------------------
PDF PSD                             *MULTI...   POS-24                     EMM |
-------------------------------------------------------------------------------
                            DRIVER: 2138
  Charges:
       95.00   Base


        2.00  PDF Pages




      97.00  Total
```

**TAB 2-022**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207161 Cust#10551Ref#SA2022803044                    DATE 7/13/23 13:48 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                      |
===============================================================================
|  DOJ-ATTORNEY GENERAL              | CSC/GREENBOX LOANS                       |
|  300 SOUTH SPRING STREET   1700 1ST F| 2710 GATEWAY OAKS #150                 |
|  LOS ANGELES                      | SACRAMENTO LOCAL                         |
-------------------------------------------------------------------------------
22-CV-08775                                                                    |
SMALL BUS. V HEWLETT                                                           |
FED RECORDS 07/28                                                             
          7/13/23                                                            
-------------------------------------------------------------------------------
PDF PSD                            *MULTI...   POS-24                      EMM |
-------------------------------------------------------------------------------
                        DRIVER: 2138
 Charges:
      95.00   Base


       2.00  PDF Pages




     97.00  Total
```

**TAB 2-023**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207704 Cust#10551Ref#SA2022803044                    DATE 7/14/23 12:56 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                      |
===============================================================================
|  DOJ-ATTORNEY GENERAL                    | COAST FUNDING / TODD P             |
|  300 SOUTH SPRING STREET   1700 1ST F|  4365 EXECUTIVE DR. #23230             |
|  LOS ANGELES                             | SAN DIEGO                          |
-------------------------------------------------------------------------------
22-CV-08775                                                                    |
SMALL BUS. V HEWLETT                                                           |
FED RECORDS 07/28                                                              
              7/14/23
-------------------------------------------------------------------------------
PDF PSD                          *MULTI...   POS-24                      EMM |
-------------------------------------------------------------------------------
                         DRIVER: 2112
 Charges:
     155.00   Base


       2.00   PDF Pages


      15.00   Advance
       1.50   Chk.Charge


     173.50   Total
```

**TAB 2-024**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207709 Cust#10551Ref#SA2022803044                    DATE 7/14/23 13:11 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                      |
===============================================================================
|   DOJ-ATTORNEY GENERAL                   | GREENBOX CAPITAL/INCOR             |
|   300 SOUTH SPRING STREET   1700 1ST F|  3458 LAKESHORE DR.                   |
|   LOS ANGELES                         |  TALLAHASSEE                          |
-------------------------------------------------------------------------------
22-CV-08775                                                                     |
SMALL BUS. V HEWLETT                                                            |
FED RECORDS 07/28                                                               |
              7/14/23                                                           |
-------------------------------------------------------------------------------
PDF PSD                          *MULTI...   POS- 9                      EMM |
-------------------------------------------------------------------------------
                         DRIVER:  339    8888
  Charges:
     286.50   Base



     286.50  Total
```

**TAB 2-025**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2207789 Cust#10551Ref#SA2022803044    BOL#ACE NOT D  DATE 7/14/23 14:51 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                     |
===============================================================================
|  DOJ-ATTORNEY GENERAL             |  VOX FUNDING LLC                         |
|  300 SOUTH SPRING STREET   1700 1ST F|  100 PARK AVENUE 26TH F              |
|  LOS ANGELES                      |  NEW YORK                                |
-------------------------------------------------------------------------------
22-CV-08775                         2ND ADDRESS                               |
SMALL BUS. V HEWLETT                132 E. 43RD #311                          |
FED RECORDS 07/28                   NEW YORK, NY
                  7/14/23
-------------------------------------------------------------------------------
PDF PSD                             *MULTI...   POS-24                    EMM |
-------------------------------------------------------------------------------
                         DRIVER: 1017
 Charges:
     286.50   Base


       2.00  PDF Pages




     288.50  Total
```

**TAB 2-026**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2208360 Cust#10551Ref#SA2022803044    BOL#WILL EMAI  DATE 7/17/23 15:01 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                     |
===============================================================================
|  DOJ-ATTORNEY GENERAL              | KLEIMANN COMMUNICATIONTHE CORP TRU       |
|  300 SOUTH SPRING STREET   1700 1ST F| 2405 YORK ROAD #201                    |
|  LOS ANGELES                       | LUTHERVILLETIMON                         |
-------------------------------------------------------------------------------
22-CV-08775                                                                    |
SMALL BUS V HEWLETT                                                            |
FEDERAL RECORDS 08/0                                                           |
1 & PROTECTIVE ORDER 7/17/23                                                   |
-------------------------------------------------------------------------------
PDF PSD                                       POS-25                       EMM |
-------------------------------------------------------------------------------
                           DRIVER: 1017    8888
  Charges:
     286.50   Base


       2.50  PDF Pages




     289.00  Total
```

**TAB 2-027**

Ace Attorney Service, Inc.

```
==============================================================================
|Cntl# 2218790 Cust#10551Ref#SA2022803044                    DATE 8/14/23 12:34 |
==============================================================================
|DOJ-ATTORNEY GE  Caller:  RACHEL J. YOO   Ph:213 269-6000                     |
==============================================================================
|  DOJ-ATTORNEY GENERAL                |  CT CORP/REWARDS NETWOR               |
|  300 SOUTH SPRING STREET   1700 1ST F|  330 N. BRAND BLVD      700           |
|  LOS ANGELES                         |  GLENDALE                             |
------------------------------------------------------------------------------
                                                                              |
                                                                              |

JOB#334158           8/14/23
------------------------------------------------------------------------------
PROCESS                                         POS-48                    EMM |
------------------------------------------------------------------------------
                          DRIVER: 2113    1504
 Charges:
    155.00   Base


     14.00  PDF Pages




    169.00  Total
```

**TAB 2-028**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2220104 Cust#10869Ref#03301130SA20228 BOL#VIA FEDEX  DATE 8/16/23 15:05 |
===============================================================================
|DOJ-SAN DIEGO    Caller:  MIRIAM AGUILAR  Ph:619 738-9000                     |
===============================================================================
|   DOJ-SAN DIEGO                       |   USDC MARYLAND                      |
|   600 WEST BROADWAY        1800       |   6500 CHERRYWOOD LANE               |
|   SAN DIEGO                           |   GREENBELT                          |
-------------------------------------------------------------------------------
22-cv-08775-RGK-SK                      MISC=FEDEX=$75.31                      |
BUSINESS v CLOTHILDE                                                          |
MTN TO COMPEL; DECL                                                          
MEMO CASE SHT          8/16/23                                               
-------------------------------------------------------------------------------
FILRUSH                                                                 RR  |
-------------------------------------------------------------------------------
                            DRIVER: 1017     8888
```

Charges:
     286.50   Base

     49.00   Advance
      4.90   Chk.Charge
     75.31   Misc.

     415.71   Total

**TAB 2-029**

Ace Attorney Service, Inc.

```
========================================================================
|Cntl# 2220095 Cust#10869Ref#03301130SA20228 BOL#VIA FED E  DATE 8/16/23 14:51 |
========================================================================
|DOJ-SAN DIEGO    Caller:  MIRIAM AGUILAR  Ph:619 738-9000              |
========================================================================
|  DOJ-SAN DIEGO                    |  NORFOLK COURT US DISTR           |
|  600 WEST BROADWAY       1800     |  600 GRANDBY STREET               |
|  SAN DIEGO                        |  NORFOLK                          |
------------------------------------------------------------------------
22-cv-08775-RGK-SK                    MISC=FEDEX=$75.31                  |
BUSINESS v CLOTHILDE                  2NDCOURTFEDEX=$80.25               |
MTN TO COMPEL; DECL
MEMO CASE SHT         8/16/23
------------------------------------------------------------------------
FILRUSH                                                            GV    |
------------------------------------------------------------------------
                        DRIVER: 1017    8888
  Charges:
     286.50   Base



     286.50   XA
      49.00   Advance
       4.90   Chk.Charge
     155.56   Misc.

     782.46   Total
```

TAB 2-030

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2219972 Cust#10869Ref#03301130SA20228            DATE 8/16/23 12:30 |
===============================================================================
|DOJ-SAN DIEGO    Caller:  MIRIAM AGUILAR  Ph:619 738-9000                  |
===============================================================================
|  DOJ-SAN DIEGO                        |  FORWARD FINANCING LLC/           |
|  600 WEST BROADWAY        1800        |  5901 W. CENTURY BLVD.            |
|  SAN DIEGO                            |  WESTCHESTER                      |
-------------------------------------------------------------------------------
1:23-MC-91461                                                              |
SMALL BUS. V CDFPI                                                         |
MOTION, MEMO AND
OTHER DOCS.          8/16/23
-------------------------------------------------------------------------------
PDFASAP                                   POS-37                     EMM |
-------------------------------------------------------------------------------
                         DRIVER: 1553
 Charges:
    115.00   Base


      8.50   PDF Pages




    123.50   Total
```

**TAB 2-031**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2227213 Cust#10551Ref#03301130SA20228                DATE 9/05/23 10:03 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  ALYSSA BARRAGA  Ph:213 269-6000                      |
===============================================================================
|  DOJ-ATTORNEY GENERAL                 | U.S. DISTRICT COURT OFPAULA XINIS     |
|  300 SOUTH SPRING STREET   1700 1ST F | 6500 CHERRYWOOD LN., S                |
|  LOS ANGELES                          | GREENBELT                             |
-------------------------------------------------------------------------------
8:23-CV-2266PX                                                                 |
SMALL BUSINESS V. CL                                                           |
STIP RE DEF MOT TO C                                                           |
OMPEL THIRD PARTY     9/05/23                                                   |
-------------------------------------------------------------------------------
PDF FLR                                    POS- 4                        FHM |
-------------------------------------------------------------------------------
                           DRIVER:   213
 Charges:
     286.50   Base




     286.50  Total
```

**TAB 2-032**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2232301 Cust#10551Ref#03301130SA20228              DATE 9/18/23 12:52 |
===============================================================================
|DOJ-ATTORNEY GE  Caller:  ALYSSA BARRAGA  Ph:213 269-6000                    |
===============================================================================
|  DOJ-ATTORNEY GENERAL              |  U.S. DISTRICT COURT OFPAULA XINIS     |
|  300 SOUTH SPRING STREET   1700 1ST F|  6500 CHERRYWOOD LN., S              |
|  LOS ANGELES                       |  GREENBELT                             |
-------------------------------------------------------------------------------
8:23-CV-2266PX                    MISC=PDF C/C=$0.75                         |
SMALL BUSINESS V. CL                  4 COPIES=$0.68                         |
NTC VOLUNTARY DISMIS
SAL                  9/18/23
-------------------------------------------------------------------------------
PDF FLR                                     POS- 2                      JIM |
-------------------------------------------------------------------------------
                       DRIVER:   213
 Charges:
    286.50   Base




     1.43  Misc.

   287.93  Total
```

**TAB 2-033**

**TAB 5**

| Date | Invoice No | Amount | | Deponent |
|---|---|---|---|---|
| 8/28/2023 | INV2567650 | $ | 2,039.80 | Jeremy Brown |
| 8/30/2023 | 20230499749-12 | $ | 2,437.85 | Charles Carriere |
| 8/31/2023 | INV2573076 | $ | 2,311.90 | Justin Bakes |
| 9/1/2023 | INV2573716 | $ | 2,039.80 | Jeremy Brown Vol 2. |
| 9/1/2023 | INV2573984 | $ | 2,711.10 | Will Tumulty |
| 9/7/2023 | 20230501981-12 | $ | 2,154.19 | Jesse Mattson |
| 9/12/2023 | INV2580324 | $ | 349.25 | Arun Narayan |
| 9/12/2023 | INV2580324 | $ | 1,807.60 | Jesse Carlson, Vol. 1 |
| 9/12/2023 | INV2580379 | $ | 1,821.75 | Jesse Carlson, Vol. 2 |
| 11/8/2023 | 20230543412-12 | $ | 948.80 | Melissa Pittaoulis, PhD |
| 11/10/2023 | INV2633418 | $ | 1,810.70 | Barbara Kingsley PhD |
| | TOTAL: | $ | 20,432.74 | |
| | | | | |

TAB 5-034



*Invoice*  *INV2567650*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 8/28/2023 |
| **Terms** | Net 30 |
| **Due Date** | 9/27/2023 |

| | |
|---|---|
| **Client Number** | C13105 |
| **Esquire Office** | Los Angeles |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**

State of California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

**Services Provided For**

State of California Department of Justice - Los
Angeles
Yoo, Rachel J
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/18/2023 | J10100892 | Bethesda, MARYLAND | SMALL BUSINESS FINANCE ASSOCIATION V. CLOTHILDE HEWLE |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FULL DAY | Jeremy Brown | 1 | 150.00 | No | $150.00 |
| TRANSCRIPT - O&1-VC-WI | Jeremy Brown | 283 | 5.00 | No | $1,415.00 |
| 5 DAY EXPEDITE | Jeremy Brown | | 65% | No | $919.75 |
| E-EXHIBITS B&W ORIG | Jeremy Brown | 52 | 0.20 | No | $10.40 |
| E- EXHIBITS COLOR ORIG | Jeremy Brown | 12 | 0.20 | No | $2.40 |
| CONDENSED TRANSCRIPT | Jeremy Brown | 1 | 0.00 | No | $0.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Jeremy Brown | 1 | 150.00 | No | $150.00 |
| ROUGH ASCII | | 164 | 1.75 | No | $287.00 |
| PROCESSING & COMPLIANCE | Jeremy Brown | 1 | 25.00 | No | $25.00 |

*Representing Client: California Department of Justice (P) : State of California Department of Justice - Los Angeles*

| | |
|---|---|
| **Subtotal** | 2,959.55 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,959.55 |
| **Amount Paid** | 2,959.55 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | State of California Department of Justice - Los Angeles |
| **Client #** | C13105 |
| **Invoice #** | INV2567650 |
| **Invoice Date** | 8/28/2023 |
| **Due Date** | 9/27/2023 |
| **Amount Due** | $0.00 |

**TAB 5-035**


# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230499749-12 | 9/7/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6439825 | 8/30/2023 | $2,437.85 |

| Case Name |
|---|
| Small Business Finance Association v. Clothilde Hewlett |

| Case No. |
|---|
| 22cv08775RGKPLA |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Douglas Beteta, Esquire**
**State of CA Attorney General**
**300 S. Spring Street**
**Los Angeles CA 90013**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Office of the Attorney General<br>455 Golden Gate Avenue<br>San Francisco CA 94102 | Douglas Beteta, Esquire<br>State of CA Attorney General<br>300 S. Spring Street<br>Los Angeles CA 90013 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| 1 CERTIFIED COPY OF TRANSCRIPT OF: Charles Carriere | |
|---|---|
| Total Due | **$2,437.85** |
| AFTER 10/22/2023 PAY | $2,803.53 |
| (-) Payments/Credits | **$0.00** |
| (+) Finance Charges/Late Fees | **$0.00** |
| (=) New Balance | **$2,437.85** |

| Tax ID : 76-0523238  Nevada Firm Registration # 067F | Phone: 2132696014 |
|---|---|

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Douglas Beteta, Esquire
State of CA Attorney General
300 S. Spring Street
Los Angeles CA 90013

| Invoice No. | 20230499749-12 | Invoice Date | 9/7/2023 |
|---|---|---|---|
| Job No. | 6439825 | Case No. | 22cv08775RGKPLA |
| Total Due | **$2,437.85** | | |

Remit To:   **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

**TAB 5-036**



*Invoice*  *INV2573076*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 8/31/2023 | **Client Number** | C13105 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 9/30/2023 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
State of California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

**Services Provided For**
State of California Department of Justice - Los
Angeles
Yoo, Rachel J
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/16/2023 | J10100888 | Boston, MASSACHUSETTS | SMALL BUSINESS FINANCE ASSOCIATION V. CLOTHILDE HEWLE |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FULL DAY | Justin Bakes | 1 | 150.00 | No | $150.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Justin Bakes | 0.5 | 75.00 | No | $37.50 |
| REMOTE VIDEO CONFERENCING - ZOOM | Justin Bakes | 1 | 150.00 | No | $150.00 |
| TRANSCRIPT - O&1-VC-EXP-WI | Justin Bakes | 352 | 5.50 | No | $1,936.00 |
| 5 DAY EXPEDITE | Justin Bakes | | 60% | No | $1,161.60 |
| | Justin Bakes | 294 | 0.00 | No | $0.00 |
| E-EXHIBITS B&W ORIG | Justin Bakes | 63 | 0.20 | No | $12.60 |
| E- EXHIBITS COLOR ORIG | Justin Bakes | 4 | 0.20 | No | $0.80 |
| CONDENSED TRANSCRIPT | Justin Bakes | 1 | 0.00 | No | $0.00 |
| PROCESSING & COMPLIANCE | Justin Bakes | 1 | 25.00 | No | $25.00 |

*Representing Client: California Department of Justice (P) : State of California Department of Justice - Los Angeles*

| | |
|---|---|
| **Subtotal** | 3,473.50 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $3,473.50 |
| **Amount Due** | 3,473.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | State of California Department of Justice - Los Angeles |
| **Client #** | C13105 |
| **Invoice #** | INV2573076 |
| **Invoice Date** | 8/31/2023 |
| **Due Date** | 9/30/2023 |
| **Amount Due** | **$3,473.50** |

**TAB 5-037**



**Invoice  INV2573716**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | | |
|---|---|---|---|---|
| **Date** | 9/1/2023 | **Client Number** | C13105 | |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles | |
| **Due Date** | 10/1/2023 | **Proceeding Type** | Deposition | |
| | | **Name of Insured** | | |
| | | **Adjuster** | | |
| | | **Firm Matter/File #** | | |
| | | **Client VAL ID** | | |
| | | **Date of Loss** | | |

**Bill To**
State of California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

**Services Provided For**
State of California Department of Justice - Los
Angeles
Yoo, Rachel J
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/18/2023 | J10100892 | Bethesda, MARYLAND | SMALL BUSINESS FINANCE ASSOCIATION V. CLOTHILDE HEWLE |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FULL DAY | Jeremy Brown | 1 | 150.00 | No | $150.00 |
| TRANSCRIPT - O&1-VC-WI | Jeremy Brown | 283 | 5.00 | No | $1,415.00 |
| 5 DAY EXPEDITE | Jeremy Brown | | 60% | No | $849.00 |
| E-EXHIBITS B&W ORIG | Jeremy Brown | 52 | 0.20 | No | $10.40 |
| E- EXHIBITS COLOR ORIG | Jeremy Brown | 12 | 0.20 | No | $2.40 |
| CONDENSED TRANSCRIPT | Jeremy Brown | 1 | 0.00 | No | $0.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Jeremy Brown | 1 | 150.00 | No | $150.00 |
| ROUGH ASCII | | 164 | 1.75 | No | $287.00 |
| PROCESSING & COMPLIANCE | Jeremy Brown | 1 | 25.00 | No | $25.00 |
| This invoice replaces INV2567650 | | 1 | 0.00 | No | $0.00 |

*Representing Client: California Department of Justice (P) : State of California Department of Justice - Los Angeles*

| | |
|---|---|
| **Subtotal** | 2,888.80 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,888.80 |
| **Amount Paid** | 2,888.80 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | State of California Department of Justice - Los Angeles |
| **Client #** | C13105 |
| **Invoice #** | INV2573716 |
| **Invoice Date** | 9/1/2023 |
| **Due Date** | 10/1/2023 |
| **Amount Due** | $0.00 |

**TAB 5-038**



**Invoice   INV2573984**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/1/2023 | **Client Number** | C13105 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 10/1/2023 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
State of California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

**Services Provided For**
State of California Department of Justice - Los Angeles
Yoo, Rachel J
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/25/2023 | J10150008 | Bethesda, MARYLAND | SMALL BUSINESS FINANCE ASSOCIATION V. CLOTHILDE HEWLE |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FULL DAY | Will Tumulty | 1 | 150.00 | No | $150.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Will Tumulty | 1 | 150.00 | No | $150.00 |
| TRANSCRIPT - O&1-VC-EXP-WI | Will Tumulty | 395 | 5.50 | No | $2,172.50 |
| 5 DAY EXPEDITE | Will Tumulty | | 65% | No | $1,412.13 |
| E- EXHIBITS COLOR ORIG | Will Tumulty | 7 | 0.20 | No | $1.40 |
| CONDENSED TRANSCRIPT | Will Tumulty | 1 | 0.00 | No | $0.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Will Tumulty | 1 | 150.00 | No | $150.00 |
| PROCESSING & COMPLIANCE | Will Tumulty | 1 | 25.00 | No | $25.00 |
| E-EXHIBITS B&W ORIG | Will Tumulty | 311 | 0.20 | No | $62.20 |

*Representing Client: California Department of Justice (P) : State of California Department of Justice - Los Angeles*

| | |
|---|---|
| **Subtotal** | 4,123.23 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $4,123.23 |
| **Amount Due** | 4,123.23 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | State of California Department of Justice - Los Angeles |
| **Client #** | C13105 |
| **Invoice #** | INV2573984 |
| **Invoice Date** | 9/1/2023 |
| **Due Date** | 10/1/2023 |
| **Amount Due** | $4,123.23 |

**TAB 5-039**


U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230501981-12 | 9/7/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6441272 | 8/29/2023 | $2,154.19 |

| Case Name |
|---|
| Small Business Finance Association v. Clothilde Hewlett |

| Case No. |
|---|
| 22cv08775RGKPLA |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Douglas Beteta, Esquire**
**State of CA Attorney General**
**300 S. Spring Street**
**Los Angeles CA 90013**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Attorney General of California<br>1300 I Street<br>Sacramento CA 95814 | Douglas Beteta, Esquire<br>State of CA Attorney General<br>300 S. Spring Street<br>Los Angeles CA 90013 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| 1 CERTIFIED COPY OF TRANSCRIPT OF: Jesse Mattson | | |
|---|---|---|
| This invoice replaces 20230499711-12. Please pay this invoice. | **Total Due** | **$2,154.19** |
| | AFTER 10/22/2023 PAY | $2,477.32 |
| | **(-) Payments/Credits** | **$0.00** |
| | **(+) Finance Charges/Late Fees** | **$0.00** |
| | **(=) New Balance** | **$2,154.19** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                              Phone: 2132696014

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Douglas Beteta, Esquire
State of CA Attorney General
300 S. Spring Street
Los Angeles CA 90013

| Invoice No. | 20230501981-12 | Invoice Date | 9/7/2023 |
|---|---|---|---|
| Job No. | 6441272 | Case No. | 22cv08775RGKPLA |
| Total Due | **$2,154.19** | | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:               Phone:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

**TAB 5-040**



**Invoice   INV2580324**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 9/12/2023 |
| **Terms** | Net 30 |
| **Due Date** | 10/12/2023 |

| | |
|---|---|
| **Client Number** | C13105 |
| **Esquire Office** | Los Angeles |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
State of California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

**Services Provided For**
State of California Department of Justice - Los
Angeles
Yoo, Rachel J
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/31/2023 | J10100899 | Los Angeles, CALIFORNIA | SMALL BUSINESS FINANCE ASSOCIATION V. CLOTHILDE HEWLE |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FULL DAY | | 1 | 0.00 | No | $0.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | | 1.75 | 35.00 | No | $61.25 |
| TRANSCRIPT - O&1-VC-WI | Arun Narayan, Conf., V.I | 63 | 4.75 | No | $299.25 |
| NEXT DAY EXPEDITE | Arun Narayan, Conf., V.I | | 100% | No | $299.25 |
| CONDENSED TRANSCRIPT | Arun Narayan, Conf., V.I | 1 | 0.00 | No | $0.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Arun Narayan, Conf., V.I | 1 | 25.00 | No | $25.00 |
| PROCESSING & COMPLIANCE | Arun Narayan, Conf., V.I | 1 | 0.00 | No | $25.00 |
| TRANSCRIPT - O&1-VC-WI | Jesse Carlson, Conf., V.I | 317 | 4.75 | No | $1,505.75 |
| NEXT DAY EXPEDITE | Jesse Carlson, Conf., V.I | | 100% | No | $1,505.75 |
| EXHIBITS W/TABS | Jesse Carlson, Conf., V.I | 78 | 0.20 | No | $15.60 |
| CONDENSED TRANSCRIPT | Jesse Carlson, Conf., V.I | 1 | 0.00 | No | $0.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Jesse Carlson, Conf., V.I | 1 | 25.00 | No | $25.00 |
| PROCESSING & COMPLIANCE | Jesse Carlson, Conf., V.I | 1 | 0.00 | No | $0.00 |
| ON SITE RESOURCE & ZOOM | Jesse Carlson, Conf., V.I | 1 | 150.00 | No | $150.00 |
| MILEAGE (REPORTER) | Jesse Carlson, Conf., V.I | 1 | 50.00 | No | $50.00 |
| | Jesse Carlson, Conf., V.I | 1 | 0.00 | No | $0.00 |
| PARKING (CR) | Jesse Carlson, Conf., V.I | 1 | 0.00 | No | $0.00 |
| SHIPPING CHARGES | Jesse Carlson, Conf., V.I | 1 | 0.00 | No | $0.00 |

*Representing Client: California Department of Justice (P) : State of California Department of Justice - Los Angeles*

| | |
|---|---|
| **Subtotal** | 3,961.85 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $3,961.85 |
| **Amount Paid** | 3,961.85 |

**TAB 5-041**



*Invoice*  **INV2580324**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/12/2023 | **Client Number** | C13105 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 10/12/2023 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | State of California Department of Justice - Los Angeles |
| **Client #** | C13105 |
| **Invoice #** | INV2580324 |
| **Invoice Date** | 9/12/2023 |
| **Due Date** | 10/12/2023 |
| **Amount Due** | **$0.00** |

**TAB 5-042**



*Invoice*  **INV2580379**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/12/2023 | **Client Number** | C13105 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 10/12/2023 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
State of California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

**Services Provided For**
State of California Department of Justice - Los
Angeles
Yoo, Rachel J
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/1/2023 | J10100906 | Los Angeles, CALIFORNIA | SMALL BUSINESS FINANCE ASSOCIATION V. CLOTHILDE HEWLE |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FULL DAY | Jesse Carlson Vol II | 1 | 0.00 | No | $0.00 |
| APP FEE: ADDITIONAL HOURS OVERTIME | Jesse Carlson 30 b6 CON Vol I | 0.5 | 40.00 | No | $20.00 |
| APP FEE: WAIT TIME | | 0.5 | 30.00 | No | $15.00 |
| TRANSCRIPT - O&1-VC-WI | Jesse Carlson Vol II | 42 | 4.75 | No | $199.50 |
| 2 DAY EXPEDITE | Jesse Carlson Vol II | | 90% | No | $179.55 |
| EXHIBITS W/TABS | Jesse Carlson Vol II | 120 | 0.20 | No | $24.00 |
| CONDENSED TRANSCRIPT | Jesse Carlson Vol II | 1 | 0.00 | No | $0.00 |
| PROCESSING & COMPLIANCE | Jesse Carlson Vol II | 1 | 25.00 | No | $25.00 |
| TRANSCRIPT - O&1-VC-WI | Jesse Carlson 30 b6 CON Vol I | 283 | 4.75 | No | $1,344.25 |
| 2 DAY EXPEDITE | Jesse Carlson 30 b6 CON Vol I | | 90% | No | $1,209.83 |
| EXHIBITS W/TABS | Jesse Carlson 30 b6 CON Vol I | 95 | 0.20 | No | $19.00 |
| CONDENSED TRANSCRIPT | Jesse Carlson 30 b6 CON Vol I | 1 | 0.00 | No | $0.00 |
| ON SITE RESOURCE & ZOOM | | 1 | 150.00 | No | $150.00 |
| PROCESSING & COMPLIANCE | Jesse Carlson 30 b6 CON Vol I | 1 | 25.00 | No | $25.00 |
| SHIPPING CHARGES | | 1 | 0.00 | No | $0.00 |

*Representing Client: California Department of Justice (P) : State of California Department of Justice - Los Angeles*

| | |
|---|---|
| **Subtotal** | 3,211.13 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $3,211.13 |
| **Amount Paid** | 3,211.13 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**TAB 5-043**



**Invoice   INV2580379**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 9/12/2023 |
| **Terms** | Net 30 |
| **Due Date** | 10/12/2023 |

| | |
|---|---|
| **Client Number** | C13105 |
| **Esquire Office** | Los Angeles |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | State of California Department of Justice - Los Angeles |
| **Client #** | C13105 |
| **Invoice #** | INV2580379 |
| **Invoice Date** | 9/12/2023 |
| **Due Date** | 10/12/2023 |
| **Amount Due** | **$0.00** |

TAB 5-044


**U.S. Legal Support**

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230543412-12 | 11/8/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6470005 | 10/17/2023 | $948.80 |

| Case Name |
|---|
| Small Business Finance Association v. Clothilde Hewlett |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

**Douglas Beteta, Esquire**
**State of CA Attorney General**
**300 S. Spring Street**
**Los Angeles CA 90013**

| Case No. |
|---|
| 22cv08775RGKPLA |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Douglas Beteta, Esquire<br>State of CA Attorney General<br>300 S. Spring Street<br>Los Angeles CA 90013 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| 1 CERTIFIED COPY OF TRANSCRIPT OF: Melissa Pittaoulis, Ph.D | | |
|---|---|---|
| Witness appearing remotely from Philadelphia, PA | **Total Due** | **$948.80** |
| | AFTER 12/23/2023 PAY | $1,091.12 |
| | **(-) Payments/Credits** | **$0.00** |
| | **(+) Finance Charges/Late Fees** | **$0.00** |
| | **(=) New Balance** | **$948.80** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                      Phone: 2132696014

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Douglas Beteta, Esquire
State of CA Attorney General
300 S. Spring Street
Los Angeles CA 90013

| Invoice No. | 20230543412-12 | Invoice Date | 11/8/2023 |
|---|---|---|---|
| Job No. | 6470005 | Case No. | 22cv08775RGKPLA |
| Total Due | **$948.80** | | |

Remit To:      **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

**TAB 5-045**



**Invoice   *INV2633418***

| | |
|---|---|
| **Date** | 11/10/2023 |
| **Terms** | Net 30 |
| **Due Date** | 12/10/2023 |

| | |
|---|---|
| **Client Number** | C13105 |
| **Esquire Office** | Los Angeles |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Bill To**
State of California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

**Services Provided For**
State of California Department of Justice - Los Angeles
Beteta, Douglas J
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/26/2023 | J10420996 | Tulsa, OKLAHOMA | SMALL BUSINESS FINANCE ASSOCIATION V. CLOTHILDE HEWLE |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| APP FEE: FULL DAY | Barbra Kristi Kingsley, Ph.D | 1 | 120.00 | | $120.00 |
| REMOTE VIDEO CONFERENCING - ZOOM | Barbra Kristi Kingsley, Ph.D | 1 | 150.00 | | $150.00 |
| TRANSCRIPT - O&1-EXP-VC-WI | Barbra Kristi Kingsley, Ph.D | 244 | 5.20 | | $1,268.80 |
| E-EXHIBITS B&W ORIG | Barbra Kristi Kingsley, Ph.D | 226 | 0.65 | | $146.90 |
| EXHIBITS DVD | Barbra Kristi Kingsley, Ph.D | 1 | 35.00 | | $35.00 |
| CONDENSED TRANSCRIPT | Barbra Kristi Kingsley, Ph.D | 1 | 35.00 | | $35.00 |
| PROCESSING & COMPLIANCE | Barbra Kristi Kingsley, Ph.D | 1 | 55.00 | | $55.00 |

*Representing Client: California Department of Justice (P) : State of California Department of Justice - Los Angeles*

| | |
|---|---|
| **Subtotal** | 1,810.70 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,810.70 |
| **Amount Due** | 1,810.70 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**TAB 5-046**



**Invoice   INV2633418**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 11/10/2023 | **Client Number** | C13105 |
| **Terms** | Net 30 | **Esquire Office** | Los Angeles |
| **Due Date** | 12/10/2023 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | State of California Department of Justice - Los Angeles |
| **Client #** | C13105 |
| **Invoice #** | INV2633418 |
| **Invoice Date** | 11/10/2023 |
| **Due Date** | 12/10/2023 |
| **Amount Due** | **$1,810.70** |

TAB 5-047

# TAB 10(f)

| Date | Invoice | Amount | Description of Service |
|---|---|---|---|
| 11/16/2023 | 2255341 | $ 402.75 | Certified Copies of New York Coorporation-Business Coorporation filings by Small Business Finance |
| 11/16/2023 | 2255577 | $ 321.75 | Certified Copies of Strategic Funding Sources Complaint filed in the Supreme Court of New York, Case No.: 654376/2020 |
| | TOTAL: | $ 724.50 | |

**TAB 10(f)-048**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2255341 Cust#10869Ref#03301130SA20228 BOL#RESEARCH   DATE11/16/23 10:41 |
===============================================================================
|DOJ-SAN DIEGO    Caller:  MIRIAM AGUILAR                   Ph2:619 738-9000    |
===============================================================================
|  NEW YORK STATE                      |  DOJ-SAN DIEGO                         |
|  99 WASHINGTON AVENUE      DIV OF COR |  600 WEST BROADWAY      1800           |
|  ALBANY                              |  SAN DIEGO                             |
-------------------------------------------------------------------------------
060523000131                     CERTIFIED COPIES                              |
NA CARD ADVANCE ASSO                                                           |
CERT OF INCORPORATIO                                                           |
5/23/2006          11/16/23                                                    |
-------------------------------------------------------------------------------
RES SD                           *MULTI...                              RA  |
-------------------------------------------------------------------------------
                         DRIVER: 1017    8888
  Charges:
     286.50   Base




     105.00   Advance
      10.50   Chk.Charge
        .75   Misc.

     402.75   Total
```

**TAB 10(f)-049**

Ace Attorney Service, Inc.

```
===============================================================================
|Cntl# 2255577 Cust#10869Ref#03301130SA20228               DATE11/16/23 15:00 |
===============================================================================
|DOJ-SAN DIEGO    Caller:  MIRIAM AGUILAR              Ph2:619 738-9000        |
===============================================================================
|  NEW YORK SUPREME COU            |  DOJ-SAN DIEGO                            |
|  60 CENTRE STREET                |  600 WEST BROADWAY      1800              |
|  NEW YORK                        |  SAN DIEGO                               |
-------------------------------------------------------------------------------
654376/2020                        NOTICE ENTRY:11/3/23                        |
SFS v TAKEASTROLE                                                             |
S&C:9/11/20                        ALL COPIES CERTIFIED                        |
EXB A:9/11/20       11/16/23                                                   |
-------------------------------------------------------------------------------
RES ND                                                                  SGO  |
-------------------------------------------------------------------------------
                        DRIVER: 1017
  Charges:
     286.50    Base




      32.00   Advance
       3.20   Chk.Charge


     321.70   Total
```

TAB 10(f)-050